HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JORGE ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE ORTIZ,<br><br>Defendant. | Case No. 6:20-mj-00005<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE FOR ANTICIPATED CHANGE OF PLEA**<br><br>Date: June 3, 2020<br>Time: 10:00 a.m.<br>Judge: Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Jorge Ortiz, hereby stipulate and jointly move this Court to continue Mr. Ortiz's status conference from April 7, 2020 until June 3rd, 2020.

As of the instant filing the government has conveyed a settlement offer. The undersigned defense counsel has discussed the settlement offer with Mr. Ortiz. Mr. Ortiz is agreeable to settling the case on the proposed terms. However, Mr. Ortiz has elected not to waive his right to appear in court personally for purposes of changing his plea per Rule 43 of the Federal Rules of Criminal Procedure. Because a personal appearance is not possible due to the ongoing COVID-19 emergency, Mr. Ortiz moves the court to continue the case to allow for his personal appearance. The parties anticipate a change of plea at Mr. Ortiz's next appearance, and the government does not oppose the continuance.

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | McGREGOR SCOTT<br>United States Attorney |
| 3 | | |
| 4 | Dated: April 3, 2020 | */s/ Susan St. Vincent*<br>SUSAN ST. VINCENT |
| 5 | | Acting Legal Officer<br>National Park Service |
| 6 | | Yosemite National Park |
| 7 | | |
| 8 | Dated: April 3, 2020 | HEATHER E. WILLIAMS<br>Federal Defender |
| 9 | | |
| 10 | | */s/ Benjamin A. Gerson*<br>BENJAMIN A. GERSON |
| 11 | | Assistant Federal Defender<br>Attorney for Defendant |
| 12 | | JORGE ORTIZ |

ORDER

The above stipulation to continue case 6:20-mj-00005 until June 3, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated: __April 4, 2020__

_____
UNITED STATES MAGISTRATE JUDGE