1  Susan St. Vincent
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California 95389
   Telephone: (209) 372-0241
5

6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Docket Number 6:20-mj-0005-JDP
12 | Plaintiff, |
13 | v. | **MOTION TO DISMISS; AND ORDER THEREON**
14 |   |
15 | JOREGE LUIS ORTIZ, |
16 | Defendant. |

17

18     Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court
19 endorsed hereon, the United States hereby moves the Court for an order of dismissal without
20 prejudice and in the interest of justice. Assistant Federal Defender Benjamin A. Gerson has
21 provided the government with documentation indicating Mr. Ortiz passed away on June 1, 2020.
22     .
23

24     Dated: June 16, 2020              /S/ Susan St. Vincent_____
                                          Susan St. Vincent
25                                        Legal Officer
                                          Yosemite National Park
26

27

28

1

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the above-referenced matter, *United States v. Ortiz*, 6:20-MJ-0005-JDP, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   June 17, 2020

UNITED STATES MAGISTRATE JUDGE